FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2005 NOV 30  P 4:00
RALPH L. DELOACH
CLERK
BY _____, DEPUTY
AT TOPEKA, KS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,         )
                                  )
       Plaintiff,                 )
                                  )
vs.                               )   Case No. 05-20120-01-JWL/JPO
                                  )
JUSTYN N'GAI WOOTEN,              )
                                  )
       Defendant.                 )
_____)

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about February 11, 2005, in the District of Kansas, the defendant,

**JUSTYN N'GAI WOOTEN**,

who had been convicted in 2002, in the District Court of Douglas County, Kansas, case number 02CR1654, of Possession of Cocaine, a crime punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a 9mm Hi-Point pistol, Model C-9, serial number P135392, which had been shipped and transported in interstate and foreign commerce.

This is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

DATED: 11-30-05

_Jerra D. Morehead_
ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
Ks.S.Ct. No. 12430

(It is requested that the trial of the above-captioned case be held in the City of Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF KANSAS