CLERK'S COURTROOM MINUTE SHEET - CRIMINAL
SENTENCING WORKSHEET

UNITED STATES OF AMERICA,

v.

Case No: 05-20120-01-JWL

JUSTYN N'GAI WOOTEN (01)

Location: Kansas City, Kansas

AUSA: Terra Morehead
Deft. Atty.: Charles D. Dedmon

| | | | |
|---|---|---|---|
| **JUDGE:** | Lungstrum | **DATE:** | 8/30/2006 |
| **DEPUTY CLERK:** | Sharon Scheurer | **TAPE/REPORTER:** | Becky Ryder |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Lorraine Bolle |

( **X** )  For Details of Sentence See Judgment and Commitment Order

(  )  Restitution Ordered under 18:3663       $_____   on count(s) _____
                                              $_____   on count(s) _____
                                              $_____   on count(s) _____

(  )  **Total Restitution**          $_____

(  )  Defendant Fined                         $_____   on count(s) _____
                                              $_____   on count(s) _____
                                              $_____   on count(s) _____

(  )  **Total Fine**                 $_____

( **X** )  Defendant Assessed under 18:3013   $     100.00        on count(s)    #1
                                              $_____   on count(s) _____
                                              $_____   on count(s) _____

(  )  **Total Assessment**           $     100.00

(  )  Count(s) _____ dismissed by the court on the motion of the United States.

( **X** )  Govt   ( **X** )  Deft --- Advised of Right to Appeal    (  )  Vol. Surrender:_____

( **X** )  Defendant Remanded to Custody                (  )  Continued on Present Bond

(  )  Stay of Execution    (  )  Granted    (  )  Denied

( **X** )  Notes:

**The court confirms that the defendant has received and reviewed with counsel the Presentence Investigation Report (PSIR).  The PSIR is made part of the official record and shall be maintained as confidential.**

**Defendant's objections to PSIR - OVERRULED.**