AO 245D (Rev.03/2007) - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Kansas

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**JUSTYN N'GAI WOOTEN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:   2:05CR20120-001-JWL<br><br>USM No.:   08167-089<br><br>Charles D. Dedmon<br>Defendant's Attorney |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>Mandatory Condition and Special Condition No. 2</u> of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: Failure to refrain from possession of a controlled substance. | 06/06/2008 |
| 2 | Special Condition No. 2: Failure to participate in a program for substance abuse treatment and drug testing. | 06/04/2008 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   xxx-xx-5484 | June 23, 2008<br>Date of Imposition of Judgment |
| Defendant's Date of Birth:   xx-xx-1982 | |
| | s/ John W. Lungstrum<br>Signature of Judge |
| Defendant's Residence Address:<br>Lawrence, Kansas | |
| Defendant's Mailing Address:<br>Lawrence, Kansas | Honorable John W. Lungstrum, U. S. District Judge<br>Name & Title of Judge |
| | July 1, 2008<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations---Imprisonment

DEFENDANT: JUSTYN N'GAI WOOTEN
CASE NUMBER: 2:05CR20120-001-JWL

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>18 months</u>.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ on ___.

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before ___ on ___.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal